1  **RA & ASSOCIATES, APC**
ROMEL AMBARCHYAN, ESQ. (SBN 245216)
2  ARNAK AZARYAN, ESQ. (SBN 305644)
505 N. Brand Blvd. Suite #800
3  Glendale, California 91203
Telephone:    (818) 230-3220
4  Facsimile:    (818) 230-3211

5  Attorney for Plaintiffs
VENKATESWARLU VURIMI and ASHALATHA VURIMI
6

7

8                 **UNITED STATES DISTRICT COURT**
9
                  **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 | **VENKATESWARLU VURIMI, an individual; and ASHALATHA VURIMI** | **CASE NO:** 2:15-cv-02614-JAM-EFB |
| --- | --- |
| **Plaintiff,** | **JOINT NOTICE OF DISMISSAL** |
| **v.** | |
| **WELLS FARGO BANK, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware Corporation; and DOES 1-100, INCLUSIVE** | |
| **Defendants.** | |

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1.

JOINT NOTICE OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, VENKATESWARLU VURIMI AND ASHALATHA VURIMI, and

Defendant, WELLS FARGO BANK, N.A., (hereafter the Parties) by and through their counsel of

record, hereby request that the Court dismiss the above-entitled matter, with prejudice.

Respectfully Submitted,

DATED:  September 1, 2016                    **RA & ASSOCIATES, APC**

By: /s/ *Arnak Azaryan*_____
    ARNAK AZARYAN, ESQ.
    Attorneys for Plaintiffs

DATED:  September 1, 2016                    **RA & ASSOCIATES, APC**

By: /s/ *Kimberly A. Paese*_____
    KIMBERLY A. PAESE, ESQ.
    Attorneys for Defendant

### ORDER

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated: 9/2/2016                              /s/ John A. Mendez_____
                                             **HON. JOHN A. MENDEZ**

2.